**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

N'Daya Lee, individually and as the Administratrix of the Estate of Diane Parker-Reed,

Plaintiff,

-against-

Incorporated Village of Hempstead, County of Nassau, Sgt. Kevin Galvin, Claudia Serrano, Lt. Patrick Cooke, Sgt. John Zoll, Lt. Edward Hayman, P.O. Vito Buccellato, P.O. Christopher N. Cohen, Sgt. Ivory G. Dixon, P.O. Jack Guevrekian, P.O. Edward P. Mulhearn, P.O. Roman Pettway, Jr., P.O. Frane Reado, P.O. Leroy D. Ridley, Det. Donald J. Bittner, Deputy Sheriff John M. Flanagan, John and Jane Does 1-10, and John and Jane Does 11-20,

Defendants.

**14-CV-2853 (ADS)(GRB)**

**DECLARATION OF MARIEL LASASSO**

Mariel LaSasso, being an attorney duly admitted to practice law in the Courts of the State of New York, and admitted to the United States District Court for the Eastern District of New York, declares the following under the penalties of perjury:

1. This Declaration is submitted in opposition to County Defendants' Order to Show Cause seeking to quash two subpoenas (dated November 13, 2015 and November 18, 2015) served on Frederick Brewington.

2. This Declaration and the information contained in the accompanying PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO COUNTY DEFENDANTS' MOTION TO QUASH ("Opposition") is based upon Plaintiff's review of the files in a related criminal action, witness interviews and other investigation.

1

3.	Annexed to the accompanying Opposition as **Exhibit 1** is a true and accurate copy of Leonard Reed's criminal record from the case file in *People of the State of New York v. Leonard Reed*, Ind. No. 330N-13 ("*People v. Reed*").

4.	Annexed to the accompanying Opposition as **Exhibit 2** is a true and accurate copy of the court file from *People of the State of New York v. Leonard Reed*, Ind. No. 15177-93.

5.	Annexed to the accompanying Opposition as **Exhibit 3** is an excerpt of the trial testimony of N'Daya Lee in *People v. Reed*.

6.	Annexed to the accompanying Opposition as **Exhibit 4** are documents from the case file for *People of the State of New York v. Leonard Reed*, No. NA008531-11.

7.	Annexed to the accompanying Opposition as **Exhibit 5** is a true and accurate copy of NCPD- JAB Case Report, 32SJ- 212CR0072551.

8.	Annexed to the accompanying Opposition as **Exhibit 6** is a true and accurate copy of HPD Blotter Report, HE-031819-12, November 8, 2012.

9.	Annexed to the accompanying Opposition as **Exhibit 7** is a true and accurate copy of the Family Offense Petition, *In re Lee v Reed*, Nassau County Family Court, Docket No. O-11137-12, November 20, 2012.

10.	Annexed to the accompanying Opposition as **Exhibit 8** is a true and accurate copy of a November 9, 2012 Domestic Incident Report taken from victim N'Daya Lee.

11.	Annexed to the accompanying Opposition as **Exhibit 9** is a true and accurate copy of a November 20, 2012 Temporary Order of Protection in favor of N'Daya Lee entered by the Nassau County Family Court, Robert Lopresti.

12.	Annexed to the accompanying Opposition as **Exhibit 10** is an excerpt of the trial testimony of Shetia Preston in *People v. Reed*.

13.     Annexed to the accompanying Opposition as **Exhibit 11** is an excerpt of the transcript of an examination of Shetia Preston taken by County and Village on December 17, 2013 pursuant to New York General Municipal Law § 50-h.

14.     Annexed to the accompanying Opposition as **Exhibit 12** is a true and accurate copy of HPD Blotter Report, HPD Blotter Report, HE-036758-12, December 28, 2012.

15.     Annexed to the accompanying Opposition as **Exhibit 13** is a true and accurate copy of NCPD Case Report, 32SJ- 212CR0081661.

16.     Annexed to the accompanying Opposition as **Exhibit 14** is a true and accurate copy of HPD Blotter Report, HE-000276-13, January 4, 2013.

17.     Annexed to the accompanying Opposition as **Exhibit 15** is an excerpt of the testimony from a probable cause hearing held on October 21, 2013 in *People v. Reed*.

18.     Annexed to the accompanying Opposition as **Exhibit 16** is a true and accurate copy of a January 29, 2013 Domestic Incident Report from victim N'Daya Lee and corresponding HPD Case Report.

19.     Annexed to the accompanying Opposition as **Exhibit 17** is a true and accurate copy of NCPD Crime Report 32SJ-213CR0004623.

20.     Annexed to the accompanying Opposition as **Exhibit 18** is a true and accurate copy of HPD Blotter Report HE-003147-13.

21.     Annexed to the accompanying Opposition as **Exhibit 19** is a true and accurate copy of **a** Domestic Incident Report from victim Diane Parker-Reed dated February 3, 2013.

22.     Annexed to the accompanying Opposition as **Exhibit 20** is a true and accurate copy of an NCPD document entitled Serious Incident Time Log Worksheet.

23. Annexed to the accompanying Opposition as **Exhibit 21** is a true and accurate copy of Plaintiff's First Request for Interrogatories and Document Demands to County Defendants and Plaintiff's First Request for Interrogatories and Document Demands to Village Defendants.

24. Annexed to the accompanying Opposition as **Exhibit 22** is a true and accurate copy of the subpoena to Frederick Brewington dated November 13, 2013 and proof of service.

25. Annexed to the accompanying Opposition as **Exhibit 23** is a true and accurate copy of the subpoena to Frederick Brewington dated November 18, 2013 and proof of service.

26. Annexed to the accompanying Opposition as **Exhibit 24** is a true and accurate copy of Notice of Subpoena from Plaintiff to Village and County dated November 13, 2015 and Certificate of Service dated November 13, 2015.

27. Annexed to the accompanying Opposition as **Exhibit 25** is a true and accurate copy of a Notice of Subpoena from Plaintiff to Village and County dated November 18, 2015 and Certificate of Service dated November 18, 2015.

28. Annexed to the accompanying Opposition as **Exhibit 26** is a true and accurate copy of a November 18, 2015 email from Plaintiff to Village and County enclosing a courtesy copy of the Notice of Subpoena dated November 18, 2015.

Dated: New York, New York
December 7, 2015

/S/

By: _____
Mariel S. LaSasso, Esq. (ML1228)

LaSasso Law Group, PLLC
*Attorneys for the Plaintiff*
80 Maiden Lane, Suite 2205
New York, New York 10038
(212) 421-6000

4