| | | |
|---|---|---|
| **EDWARD P. MANGANO**<br>County Executive |  | **CARNELL T. FOSKEY**<br>County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501
Phone: (516) 571-6063
FAX: (516) 571-3058

February 11, 2016

**VIA ECF**
The Honorable Magistrate Judge Gary R. Brown
United States District Court- Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Courtroom 840
Central Islip, NY 11722-9014

Re: N'Daya Lee, individually and as the Administratrix of the Estate of Diane Parker-Reed v. Incorporated Village of Hempstead, County of Nassau, Sgt. Kevin Galvin, Claudia Serrano, Lt. Patrick Cooke, Sgt. John Zoll, Lt. Edward Hayman, P.O. Vito Buccellato, P.O. Christopher N. Cohen, Sgt. Ivory G. Dixon, P.O. Jack Guevrekian, P.O. Edward Mulhearn, P.O. Roman Pettway, Jr., P.O. Frane Reado, P.O. Leroy D. Ridley, Det. Donald J. Bittner, Deputy Sheriff John M. Flanagan, John and Jane Does 1-10, and John and Jane Does 11-20

Dear Magistrate Brown:

As you are aware, The Court issued an Order on February 1, 2016 directing the County Defendants to provide the attorney for N'Daya Lee the executive summary portion of a IAU report relating to another lawsuit. Our deadline to file objections to this Order is on February 15, 2016. We are respectfully requesting that our deadline to file said objections be extended to February 22, 2016 so that our objections to the legal issues determined in that Order can be fully addressed.

Counsels for the plaintiff and the co-defendant have been made aware that our office would be seeking this extension.

Sincerely,

John J. Hanley
Deputy County Attorney

(516) 571-6063

**VIA ECF**
Mariel S. LaSassao, Esq.
LaSassao Law Group PLLC
80 Maiden Lane, Suite 2205
New York, NY 10038
Tel. (212) 421-6000
Fax (212) 421-6006
e-mail: mariel@lasassolaw.com

William J. Garry, Esq.
Harris Beach PLLC
Attorney for Village Defendants
333 Earle Ovington Blvd., Suite 901
Uniondale, NY 11553
Tel. (516) 880-8484
Fax (516) 880-8483
e-mail: wgarry@harrisbeach.com