```
 1

 2    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
 3    -------------------------------------------X
      N'DAYA LEE, Individually and as the
 4    Administratrix of the Estate of
      DIANE PARKER-REED,
 5
                                      PLAINTIFF,
 6

 7          -against-              Case No.:
                                   14-CV-2853
 8

 9    INCORPORATED VILLAGE OF HEMPSTEAD, COUNTY
      OF NASSAU, SGT. KEVIN GALVIN, CLAUDIA
10    SERRANO, LT. PATRICK COOKE, SGT. JOHN ZOLL,
      LT. EDWARD HAYMAN, P.O. VITO BUCCELLATO,
11    P.O. CHRISTOPHER N. COHEN, SGT. IVORY G.
      DIXON, P.O. JACK GUEVREKIAN, P.O. EDWARD P.
12    MULHEARN, P.O. ROMAN PETTWAY, JR., P.O.
      FRANE READO, P.O. LEROY D. RIDLEY, DET.
13    DONALD J. BITTNER, DEPUTY SHERIFF JOHN M.
      FLANAGAN, JOHN AND JANE DOES 1-10 and JOHN
14    AND JANE DOES 11-20,

15                                    DEFENDANTS.
      -------------------------------------------X
16

17                  DATE: December 8, 2016

18                  TIME: 10:03 A.M.

19

20         (DEPOSITION OF RICHARD HOLLAND.)

21

22

23

24

25
```

```
 1

 2                      DATE: December 8, 2016

 3                      TIME: 10:03 A.M.

 4

 5

 6                      DEPOSITION of a Non-Party

 7      Witness, RICHARD HOLLAND, taken by the

 8      Respective Parties, pursuant to a Court

 9      Order and to the Federal Rules of Civil

10      Procedure, held at the offices of Diamond

11      Reporting, Inc., 114 Old Country Road,

12      Suite 616, Mineola, New York 11501, before

13      Monica K. Ward, a Notary Public of the

14      State of New York.

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1
 2     A P P E A R A N C E S:
 3     LaSASSO LAW GROUP, PLLC
          Attorneys for the Plaintiff
 4        N'DAYA LEE, Individually and as the
          Administratrix of the Estate of
 5        DIANE PARKER-REED
          545 West 45th Street, 11th Floor
 6        New York, New York 10036
          BY: MARIEL LaSASSO, ESQ.
 7              -and-
              ROSARY MORELLI, ESQ.
 8
 9     MORRIS DUFFY ALONSO & FALEY
          Attorneys for the Defendants
10        INCORPORATED VILLAGE OF HEMPSTEAD, SGT.
          KEVIN GALVIN, CLAUDIA SERRANO, LT.
11        PATRICK COOKE, SGT. JOHN ZOLL, LT. EDWARD
          HAYMAN, P.O. VITO BUCCELLATO, P.O.
12        CHRISTOPHER N. COHEN, SGT. IVORY G.
          DIXON, P.O. JACK GUEVREKIAN, P.O. EDWARD
13        P. MULHEARN, P.O. ROMAN PETTWAY, JR.,
          P.O. FRANE READO, P.O. LEROY D. RIDLEY,
14        JOHN AND JANE DOES 1-10 and
          JOHN AND JANE DOES 11-20
15        Two Rector Street
          New York, New York 10006
16        BY: DREW W. SUMNER, ESQ.
17
       NASSAU COUNTY ATTORNEY'S OFFICE
18        Attorneys for the Defendants
          COUNTY OF NASSAU, DET. DONALD J. BITTNER
19        And DEPUTY SHERIFF JOHN M. FLANAGAN
          One West Street
20        Mineola, New York 11501
          BY: DANA KOBOS, ESQ.
21              -and-
              JOHN J. HANLEY, ESQ.
22
       ALSO PRESENT:
23        N'DAYA LEE, Plaintiff
          LT. PATRICK COOKE, Defendant
24
25                    *       *       *
```

```
1
2        F E D E R A L   S T I P U L A T I O N S
3
4
5     IT IS HEREBY STIPULATED AND AGREED by and
6     between the counsel for the respective
7     parties herein that the sealing, filing and
8     certification of the within deposition be
9     waived; that the original of the deposition
10    may be signed and sworn to by the witness
11    before anyone authorized to administer an
12    oath, with the same effect as if signed
13    before a Judge of the Court; that an
14    unsigned copy of the deposition may be used
15    with the same force and effect as if signed
16    by the witness, 30 days after service of
17    the original & 1 copy of same upon counsel
18    for the witness.
19
20    IT IS FURTHER STIPULATED AND AGREED that
21    all objections except as to form, are
22    reserved to the time of trial.
23
24              *     *     *     *
25
```

```
 1                    R. HOLLAND
 2     R I C H A R D    H O L L A N D, called as a
 3     witness, having been first duly sworn by a
 4     Notary Public of the State of New York, was
 5     examined and testified as follows:
 6     EXAMINATION BY
 7     MS. LaSASSO:
 8          Q.     Please state your name for the
 9     record.
10          A.     Richard Holland.
11          Q.     What is your business address?
12          A.     99 Nichols Court, Hempstead,
13     New York 11550.                              10:01:08
14          Q.     Good morning, Lieutenant         10:01:08
15     Holland.                                     10:03:19
16          A.     Good morning.  How are you?      10:03:19
17          Q.     How you doing?  Have you ever    10:03:20
18     been deposed before?                         10:03:23
19          A.     Yes.                             10:03:24
20          Q.     Do you understand, having been   10:03:24
21     deposed, that primarily the reason you're   10:03:26
22     here is to tell the truth to the questions  10:03:28
23     I ask?                                       10:03:30
24          A.     Yes.                             10:03:32
25          Q.     And you're willing to tell the  10:03:32
```

```
 1                    R. HOLLAND
 2         A.    I told her I would assist in        12:01:04
 3    trying to find a purchaser for the house,      12:01:12
 4    because she wanted it sold as quick as         12:01:14
 5    possible and -- but the thing is she wanted    12:01:17
 6    to live there until N'Daya graduated, which    12:01:20
 7    would have been in June, so I don't know       12:01:23
 8    where she was going to go from there.          12:01:26
 9         Q.    Did you talk to her about           12:01:29
10    finding just another place in the area that    12:01:31
11    they could go to be safe while waiting for     12:01:33
12    N'Daya to graduate?                            12:01:36
13         A.    No.  She wanted to stay in the      12:01:38
14    house.  She said if I found a purchaser,       12:01:40
15    she wanted it stipulated where she -- even     12:01:43
16    if there was rent taken out of the             12:01:46
17    proceeds, that she could stay there through    12:01:50
18    June.  She didn't want to uproot N'Daya.       12:01:54
19         Q.    Aside from her contacting you       12:01:58
20    the day before she came home, you spoke to     12:02:12
21    her on other occasions while she was at the    12:02:15
22    safe house, correct?                           12:02:19
23         A.    Correct.                            12:02:19
24         Q.    And you saw her as well?            12:02:20
25         A.    Yes.                                12:02:21
```

```
 1                    R. HOLLAND
 2        Q.    How did that come about?            12:02:22
 3        A.    She would call from the safe        12:02:23
 4   house from a blocked number or whatever, so    12:02:26
 5   I would answer, and she would meet me at       12:02:30
 6   the Hicksville Mall.                           12:02:37
 7        Q.    How many times did you meet?        12:02:38
 8        A.    Maybe twice.                        12:02:44
 9        Q.    To your knowledge, did she have     12:02:45
10   to get permission to leave the safe house     12:02:58
11   to meet you?                                   12:03:03
12        A.    I think she had some -- you         12:03:04
13   know, a window where she could leave and      12:03:10
14   then she would have to return by a certain    12:03:14
15   time.                                          12:03:16
16        Q.    And do you know whether there       12:03:17
17   was an authorized call list at the safe       12:03:22
18   house, you know, of people she could          12:03:25
19   actually call from there?                      12:03:27
20        A.    She may have mentioned that.        12:03:28
21        Q.    Did she mention to you that she     12:03:33
22   had been in contact as well with              12:03:38
23   Ms. Lattimore?                                 12:03:40
24        A.    Yes.                                12:03:41
25        Q.    And you and Ms. Lattimore were      12:03:41
```

```
1                    R. HOLLAND
2    in contact about Diane and the situation as     12:03:46
3    well?                                           12:03:48
4         A.    Yes.                                 12:03:48
5         Q.    Were you keeping in touch,           12:03:48
6    while Diane was at the safe house, with         12:03:53
7    N'Daya?                                         12:03:55
8         A.    Not frequently, no.                  12:03:55
9         Q.    But you were at times?               12:03:59
10        A.    I can't really recall.  I want       12:04:04
11   to think that N'Daya didn't have a phone or     12:04:08
12   I didn't have her information, but I can't      12:04:11
13   be sure.  I know that it wasn't -- it was       12:04:14
14   infrequent if there was contact.               12:04:18
15        Q.    Well, you recall there came a        12:04:20
16   time where you changed the lock at N'Daya's     12:04:25
17   house, correct?                                 12:04:27
18        A.    Yes.                                 12:04:28
19        Q.    Why did that happen?                 12:04:28
20        A.    Diane was preparing to come          12:04:30
21   back to her home from the safe house and        12:04:35
22   she said that Lenny still had a key and she     12:04:41
23   didn't want him to have a key.  She didn't      12:04:49
24   want any surprises when she got home.           12:04:52
25        Q.    So you told her that you would       12:04:55
```

```
 1                    R. HOLLAND
 2   change the locks to help her out?              12:04:59
 3        A.    She asked me if I knew anyone        12:05:01
 4   so I said "Yes."                                12:05:04
 5        Q.    And then what happened?              12:05:04
 6        A.    She said, "If you could do that      12:05:06
 7   for me, I would appreciate it."                 12:05:10
 8        Q.    Then what did you do?                12:05:12
 9        A.    I reached out to a friend of         12:05:13
10   mine that's a little handy.  It's not his       12:05:16
11   full-time job, but he is a little handy         12:05:19
12   with it and he said "Yes."  He said he can      12:05:21
13   do it on whatever day that was available        12:05:25
14   that we went over there.                        12:05:28
15        Q.    And who is that?                     12:05:30
16        A.    His name is Alfred Woodhull.         12:05:31
17        Q.    During the time you were a           12:05:34
18   patrol supervisor from 2010 to 2013, was it     12:05:42
19   common in your experience for a victim of       12:05:46
20   domestic violence to go to a safe house?        12:05:50
21        A.    I couldn't say for sure what         12:05:53
22   would happen after the call or what would       12:05:55
23   happen after the fact.  And usually, it's       12:05:57
24   confidential, so I was never told by anyone     12:06:01
25   after a specific call such and such went to     12:06:05
```

```
 1                      R. HOLLAND
 2        Q.    Diane would call you "Ricky"?        12:12:49
 3        A.    Yes.                                 12:13:05
 4        Q.    And most people didn't call you      12:13:05
 5   that; most people call you "Richie"?            12:13:08
 6        A.    At work, yes.                         12:13:12
 7        Q.    Well, did anybody besides Diane       12:13:13
 8   call you Ricky?                                  12:13:17
 9        A.    Only my family.                       12:13:19
10        Q.    N'Daya would call you Pop?            12:13:21
11        A.    Pop, Pops, something like that,       12:13:26
12   yeah.                                            12:13:29
13        Q.    Lieutenant Holland, do you           12:13:29
14   remember when N'Daya told you about the         12:13:38
15   event in April, 2011 that Lenny hit her mom     12:13:40
16   with a gun and you responded that you were      12:13:46
17   going to kill him?                               12:13:48
18              MR. SUMNER:   Objection to the       12:13:49
19        form.                                       12:13:50
20        A.    No.                                   12:13:50
21        Q.    Do you recall there came a time      12:13:51
22   when Diane was at the safe house when she       12:14:11
23   came home from the safe house before            12:14:13
24   ultimately coming home?                          12:14:18
25        A.    No.                                   12:14:20
```

```
 1                    R. HOLLAND
 2        Q.    So do you recall that there was      12:14:20
 3   a burglary while Diane was at a safe house      12:14:24
 4   at 25 Roosevelt Street?                         12:14:29
 5             MR. SUMNER:  Objection to the         12:14:33
 6        form.                                      12:14:33
 7        A.    I may have heard something, but      12:14:33
 8   I am not sure.                                  12:14:35
 9        Q.    Okay.  What may you have heard?      12:14:36
10        A.    I don't know.  I can't even          12:14:42
11   remember where I heard it from.  I am           12:14:50
12   trying my best to recall.  I am not sure if     12:14:59
13   Diane may have told me that he had broken       12:15:03
14   into the house.  I am not sure.  And I am       12:15:06
15   not sure of the timeframe, so --               12:15:13
16        Q.    Well, do you recall at the time      12:15:15
17   that you changed the locks, whether it was      12:15:22
18   before or after the burglary?                   12:15:24
19        A.    That's what I am saying.  I          12:15:26
20   can't say the timeframe.  A lot of stuff I      12:15:28
21   found out after the fact, so --               12:15:32
22        Q.    Just to be fair here, there was      12:15:35
23   a lot of stuff that you found out before       12:15:38
24   Diane was killed.                               12:15:40
25             MR. SUMNER:  Objection to the         12:15:41
```

```
1                    R. HOLLAND
2        form.                                  12:15:42
3        A.     Not from Diane.                  12:15:42
4        Q.     Who did you find whatever you    12:15:44
5    learned things from --                      12:15:47
6        A.     We discussed -- N'Daya may have  12:15:48
7    told me that, I can't recall right now,     12:15:52
8    about an assault or whatever it is.  Like I 12:15:55
9    said, I do kind of remember something, but  12:15:57
10   whatever it was, Diane denied it so -- and  12:15:59
11   then, like I told you before, because of    12:16:04
12   Mr. Reed, our communication became very far 12:16:10
13   and apart.                                  12:16:16
14       Q.     There came a point where you     12:16:17
15   rekindled your communication when she went  12:16:29
16   to a safe house?                            12:16:32
17       A.     Correct.                         12:16:37
18       Q.     During that period of time is    12:16:38
19   when you changed the locks at the house,    12:16:40
20   correct?                                    12:16:42
21       A.     Correct.                         12:16:42
22       Q.     You brought her home from the    12:16:43
23   safe house on February 1, 2013, correct?    12:16:45
24            MR. SUMNER:  Objection to the      12:16:47
25       form.                                   12:16:47
```

```
 1                    R. HOLLAND
 2        A.     Correct.                        12:16:47
 3        Q.     You saw her several times while 12:16:48
 4   she was at the safe house, correct?         12:16:50
 5        A.     A few times or a couple of      12:16:51
 6   times, yes.                                 12:16:53
 7        Q.     You were talking to her while   12:16:54
 8   she was at the safe house, correct?         12:16:55
 9        A.     When she could call me.         12:16:57
10        Q.     And you were talking to N'Daya  12:16:59
11   and texting with N'Daya during that period  12:17:01
12   of time, correct?                           12:17:03
13        A.     Right.  I don't recall it being 12:17:03
14   frequent, but it could have been, yes.      12:17:06
15        Q.     And you know that there was a   12:17:10
16   time prior to Diane coming home from the    12:17:12
17   safe house when you brought her home that   12:17:16
18   Lenny came to the house and Officers        12:17:17
19   Pettway and Buccellato responded to the     12:17:22
20   residence, correct?                         12:17:23
21        A.     No, I didn't know that until,   12:17:24
22   like I said, after the tragic event.        12:17:28
23        Q.     What is the policy of the       12:17:33
24   Hempstead Police Department regarding       12:17:35
25   sharing information between tours in a      12:17:36
```

```
 1                    R. HOLLAND
 2            MS. LaSASSO:  Not at this time.        12:27:27
 3        Thank you, your Honor.                     12:27:28
 4            MR. SUMNER:  Thank you, Judge.         12:27:29
 5            THE COURT:  Have a good day.           12:27:32
 6            MR. SUMNER:  Off the record.           12:27:36
 7            (Whereupon, at 12:27 p.m., a           10:09:10
 8        brief recess was taken.)
 9            (Whereupon, at 12:53 p.m.,  the        10:09:10
10        deposition resumed.)                       12:53:55
11        Q.    Lieutenant Holland, did you          12:53:55
12   love Diane?                                     12:54:08
13        A.    Yeah.                                12:54:09
14        Q.    And N'Daya as well?                  12:54:12
15        A.    Yes.                                 12:54:14
16        Q.    Throughout the course of your        12:54:14
17   life, were you ever sexually attracted to       12:54:18
18   Diane?                                          12:54:21
19            MR. SUMNER:  I want to mark the        12:54:22
20        testimony that concerns any               12:54:24
21        relationship, romantic or intimate        12:54:26
22        relationship that Lieutenant Holland       12:54:29
23        testifies to about Ms. Parker as          12:54:31
24        confidential and have the                 12:54:34
25        confidentiality agreement and have        12:54:34
```

```
 1                    R. HOLLAND
 2          the opportunity to review the          12:54:37
 3          testimony and look at case law under   12:54:38
 4          the ten-day period I think it gives    12:54:42
 5          us and make a determination at the     12:54:45
 6          time if I want to maintain that        12:54:47
 7          designation.                           12:54:50
 8          Q.    Do you understand that?          12:54:51
 9          A.    Yeah.                            12:54:53
10          Q.    So have you ever been sexually   12:54:53
11    attracted to Diane?                          12:54:57
12          A.    Yeah.  Yes.                      12:54:58
13          Q.    And you had a romantic           12:54:59
14    relationships with her?                      12:55:02
15          A.    Years ago.                       12:55:02
16          Q.    And when was that?               12:55:03
17          A.    Years ago.  Prior to her         12:55:04
18    getting mad that I was getting married.      12:55:11
19          Q.    She was very hurt when you got   12:55:13
20    married?                                     12:55:15
21          A.    Yes.                             12:55:15
22          Q.    Because, from your               12:55:15
23    understanding, she really loved you?         12:55:16
24          A.    To what extent, I don't know.    12:55:18
25          Q.    Well, what did she communicate   12:55:26
```

```
 1                    R. HOLLAND
 2    to you?                                    12:55:28
 3         A.    She always said she loved me.   12:55:28
 4    I mean, for years, so I mean -- but we were 12:55:31
 5    close friends anyway, so --                12:55:35
 6         Q.    What does that mean?            12:55:37
 7         A.    I love my close friends.        12:55:39
 8         Q.    Well, what other close friends  12:55:43
 9    do you love?                               12:55:46
10         A.    Anybody that's in my circle     12:55:46
11    that's close enough.                       12:55:50
12         Q.    Who is that, Lieutenant         12:55:50
13    Holland?                                   12:55:51
14         A.    I mean, as far as Diane, yeah,  12:55:51
15    she loved me, I loved her.  She was hurt,  12:55:56
16    yes.                                       12:56:00
17         Q.    Who else is in your close       12:56:02
18    circle?                                    12:56:05
19         A.    Detective Aiken.                12:56:05
20         Q.    Who else?                       12:56:08
21         A.    Harold Holloway.                12:56:08
22         Q.    Who else?  Please name your     12:56:13
23    close circle that you love.                12:56:16
24         A.    I am not gonna -- my close      12:56:17
25    circle?  My sister.                        12:56:21
```

```
 1                    R. HOLLAND
 2        Q.    You are saying that you love          12:56:27
 3   Diane Parker and who else in your close         12:56:30
 4   circle did you love like you loved Diane?       12:56:33
 5             MR. SUMNER:  Objection to the          12:56:37
 6        form.                                       12:56:38
 7        A.    Diane was very unique, so I           12:56:38
 8   can't say who else I would love like I          12:56:41
 9   loved Diane.                                     12:56:44
10        Q.    What made her unique to you?          12:56:46
11        A.    Just the soul.  Our souls were        12:56:49
12   connected.  We could finish each other         12:56:52
13   sentences.  We could talk about anything.      12:56:56
14   We could talk about other relationships and    12:56:59
15   not be mad or whatever.  And I never had       12:57:02
16   that relationship with anybody else.           12:57:05
17        Q.    So meaning, in your                   12:57:06
18   relationship, do I understand correctly        12:57:09
19   that you were on and off, again,               12:57:12
20   romantically with Diane?                        12:57:14
21        A.    To a certain point, yes.             12:57:17
22        Q.    So in terms of the                    12:57:18
23   relationship, the time period when you were    12:57:20
24   on and off, when was that?                      12:57:25
25        A.    Until she found out I was            12:57:27
```

```
 1                    R. HOLLAND
 2   getting married.                              12:57:29
 3        Q.    Which was when?                    12:57:30
 4        A.    2004, I believe.                   12:57:31
 5        Q.    So when did the intimacy of        12:57:33
 6   your relationship start?                      12:57:39
 7        A.    Sometime in the '90s and,          12:57:40
 8   again, it wasn't always steady, so I can't    12:57:46
 9   give you a time, timeframes.                  12:57:52
10        Q.    Did she know your wife?            12:57:55
11        A.    No.  She didn't know her           12:58:01
12   personally, no.                               12:58:05
13        Q.    How about Yolanda Sampson, does    12:58:06
14   she know your wife?                           12:58:11
15        A.    Does Yolanda?  Yes.                12:58:12
16        Q.    And I believe Ms. Devore?          12:58:13
17        A.    Devore, yes.                       12:58:18
18        Q.    She knows your wife?               12:58:19
19        A.    Yes.                               12:58:20
20        Q.    But not Diane?                     12:58:21
21        A.    No.                                12:58:22
22        Q.    Why not?                           12:58:26
23        A.    She just don't know her            12:58:27
24   personally.  She had no desire to know her    12:58:30
25   personally.                                   12:58:32
```

```
 1                    R. HOLLAND
 2   is.                                          01:28:58
 3        Q.    My question is, are you looking   01:28:58
 4   to ascertain it?                             01:29:01
 5        A.    Ascertain the weapon?             01:29:02
 6        Q.    The whereabouts of the weapon.    01:29:04
 7        A.    Absolutely.                       01:29:06
 8        Q.    Explain that to me.  What is      01:29:07
 9   the policy in terms of ascertaining the      01:29:09
10   existence of illegal firearms in connection  01:29:09
11   with domestic incidents?                     01:29:12
12             MR. SUMNER:  Objection to the      01:29:13
13        form.                                   01:29:14
14        A.    Again, find out from the source   01:29:14
15   that gave you that information what weapon,   01:29:18
16   where is it, when was it last seen?  From    01:29:20
17   there.                                        01:29:24
18        Q.    Lenny Reed obviously had an       01:29:24
19   illegal firearm, correct?                    01:29:29
20        A.    Correct.                          01:29:31
21        Q.    And you knew he was a bad guy     01:29:32
22   well before he killed Diane?                 01:29:34
23        A.    What I always heard?  That he     01:29:37
24   was a punk.  That's what I heard.  I never   01:29:41
25   seen him in a confrontation before.          01:29:43
```

```
1                    R. HOLLAND
2         Q.    What does that mean, "He was a        01:29:46
3    punk"?                                           01:29:48
4         A.    Meaning that he had talked a          01:29:49
5    lot, but he never had any action to back up      01:29:52
6    what he claims to have done or maybe the         01:29:55
7    confrontational person that he wants to          01:29:59
8    come off as.                                     01:30:03
9         Q.    He knew he had a criminal             01:30:04
10   history, correct?                                01:30:06
11        A.    Yes.                                  01:30:06
12        Q.    And so from what you were aware       01:30:07
13   of, that criminal history was nonviolent?        01:30:10
14        A.    From my understanding, I never        01:30:13
15   took the initiative to look up his history,      01:30:17
16   but it was all drug related.                     01:30:20
17        Q.    And in terms of being a drug          01:30:22
18   dealer essentially, correct?                     01:30:27
19        A.    Correct.                              01:30:28
20        Q.    Did you have any information          01:30:29
21   that he hung out with other drug dealers?        01:30:31
22        A.    For the most part, what I knew        01:30:36
23   of him lately was he was with petty drug         01:30:45
24   dealers; like drug dealers that dealt with       01:30:49
25   marijuana.                                       01:30:52
```

```
1                    R. HOLLAND
2        Q.    In your mind, what's the          01:30:53
3   demarcation between a petty drug dealer and  01:30:57
4   a more serious drug dealer in the Village?   01:31:01
5        A.    It being marijuana as opposed     01:31:03
6   to crack or cocaine or the plethora of       01:31:05
7   drugs that are on the market now, to the     01:31:10
8   prescribed drugs or the unprescribed pills   01:31:12
9   or whatever are out there.                   01:31:15
10       Q.    You know that he was a seller      01:31:16
11  of cocaine, correct?                         01:31:17
12       A.    Like I said, I knew there was a    01:31:18
13  drug history.  I never looked up or took     01:31:21
14  the initiative to find out exactly what the  01:31:24
15  narcotic was.                                01:31:27
16       Q.    So the information you had         01:31:27
17  regarding his being a drug dealer was just   01:31:27
18  information you found out through the         01:31:31
19  streets, not through the job?                01:31:33
20       A.    Correct.                          01:31:34
21       Q.    In the streets, you were          01:31:34
22  getting feedback that he was a marijuana     01:31:36
23  salesman, not a cocaine salesman?            01:31:40
24       A.    Correct.                          01:31:42
25       Q.    You didn't think it was           01:31:42
```

```
 1                    R. HOLLAND
 2    significant enough to investigate?              01:31:44
 3          A.    It was significant enough for       01:31:46
 4    me to pass along the information to the         01:31:50
 5    narcotics investigators that we have.  And      01:31:53
 6    every time I would inquire, they said,          01:31:57
 7    "Every time we check him, there is              01:31:59
 8    nothing."  I know that they had sent            01:32:01
 9    confidential informants up to him to try to     01:32:06
10    purchase from him and he never handed off       01:32:10
11    or dealt with anyone hands-on.  That was my     01:32:13
12    knowledge.                                      01:32:17
13          Q.    Who was it that was                 01:32:17
14    investigating Leonard Reed?                     01:32:19
15          A.    No one specifically                 01:32:20
16    investigated him, or I think was assigned       01:32:22
17    to him, but, again, Detective Aiken, who is     01:32:25
18    a good friend of mine, who was one of the       01:32:30
19    investigators, he was the one that told me,     01:32:32
20    "Listen, we checked him numerous times.  We     01:32:35
21    sent confidential informants up to him and      01:32:39
22    he hasn't sold anything."  Now, I don't         01:32:42
23    know who the "We" is that he referred to.       01:32:45
24          Q.    What do you mean?  "We sent         01:32:48
25    confidential informants," you're saying?        01:32:51
```

```
 1                    R. HOLLAND
 2        A.    Right.                              01:32:52
 3        Q.    You don't know who the "We" was     01:32:53
 4   that was sent up there?                        01:32:53
 5        A.    Who else was with Detective         01:32:54
 6   Aiken.                                         01:32:57
 7        Q.    But you do know, based on what      01:32:57
 8   Detective Aiken said, that he commenced an     01:33:01
 9   investigation and he utilized confidential     01:33:03
10   informants pursuant to that investigation     01:33:07
11   to try to uncover drug clients of Leonard     01:33:10
12   Reed?                                          01:33:11
13        A.    Correct.                            01:33:11
14        Q.    He was doing it as a favor to       01:33:12
15   you?                                           01:33:14
16        A.    Not as a favor.  As you             01:33:14
17   indicated earlier, when we get information.    01:33:17
18   So I got information.                          01:33:20
19        Q.    Who did you get that                01:33:22
20   information from?                              01:33:24
21        A.    It could have been anybody.  It     01:33:24
22   wasn't just solely him specifically, but --    01:33:30
23        Q.    N'Daya told you, correct?           01:33:33
24   N'Daya told you that, correct?                 01:33:35
25        A.    I wouldn't use solely N'Daya's      01:33:37
```

153

```
 1                   R. HOLLAND
 2    information.                              01:33:40
 3         Q.    Why not?                       01:33:40
 4         A.    Why not?  Because I wouldn't   01:33:41
 5    want to get her personally involved.     01:33:43
 6         Q.    Don't you think she wanted to  01:33:45
 7    be involved, Lieutenant?                  01:33:48
 8              MR. SUMNER:  Objection to the   01:33:48
 9         form.                                01:33:49
10         A.    I am sure she would, but I     01:33:49
11    would find other sources, along with what 01:33:52
12    she told me is what I am saying.          01:33:54
13         Q.    Lieutenant Holland, wasn't she 01:33:55
14    begging for someone to do something for her 01:33:55
15    mom?                                      01:33:57
16         A.    Begging, I am not sure.        01:33:58
17         Q.    Wasn't she begging you,        01:34:00
18    Lieutenant?                               01:34:02
19         A.    To do something for her mom?   01:34:03
20         Q.    Yes.                           01:34:05
21         A.    I mean, of course she would -- 01:34:05
22    she never approved of the relationship and 01:34:08
23    certain things had to be explained to     01:34:11
24    N'Daya that there is protocol in order for 01:34:14
25    things to happen.  Even if she doesn't want 01:34:17
```

```
 1                    R. HOLLAND
 2    her mom with him or she wants him locked        01:34:20
 3    up, we just can't walk up to somebody and       01:34:23
 4    lock them up.                                    01:34:26
 5         Q.    But you could if she had             01:34:26
 6    information that he was a drug dealer,           01:34:26
 7    couldn't you?                                    01:34:28
 8              MR. SUMNER:  Objection to the         01:34:29
 9         form.                                       01:34:29
10         A.    Well, where is the drugs?            01:34:29
11         Q.    Couldn't she tell you?               01:34:31
12              MR. SUMNER:  Objection to the         01:34:32
13         form.                                       01:34:33
14         A.    I wish.  She couldn't tell me        01:34:33
15    where the drugs were.                            01:34:35
16         Q.    Why couldn't she?                    01:34:36
17         A.    She never did.                       01:34:38
18         Q.    Didn't she not?  You are saying      01:34:40
19    you wouldn't have involved her.  Isn't that     01:34:40
20    what you just said?                              01:34:41
21         A.    I said I wouldn't have wanted        01:34:42
22    to involve her.                                  01:34:43
23         Q.    Is that the real reason --          01:34:44
24         A.    She never told me where the         01:34:45
25    drugs were.                                      01:34:47
```

```
 1                    R. HOLLAND
 2    never ran the unit and I was never in the      01:43:42
 3    unit, but for my knowledge, they look in,      01:43:44
 4    they open cases and try to locate subjects     01:43:48
 5    as well for a crime that was committed in      01:43:52
 6    Hempstead and there is an open case and a      01:43:55
 7    named subject.  We don't just wait for the     01:43:59
 8    County to lock someone up.                     01:44:02
 9         Q.    Did you supervise Officer           01:44:03
10    Pettway while he was patrolling Post 4?        01:44:07
11         A.    If I was on duty and he was         01:44:10
12    working Post 4, yes.                           01:44:13
13         Q.    So, yes.  And Officer               01:44:14
14    Buccellato as well?                            01:44:17
15         A.    Yes.                                01:44:17
16         Q.    And you learned at some point       01:44:18
17    that they took a report from N'Daya in         01:44:20
18    connection with Lenny coming to the house,     01:44:23
19    correct?                                       01:44:25
20         A.    At some point, I did.  I don't      01:44:25
21    know when.                                     01:44:30
22         Q.    Prior to Diane being killed.        01:44:31
23         A.    That, I can't tell you.             01:44:33
24         Q.    Well, they knew that you had a      01:44:35
25    close relationship with Diane, didn't they?   01:44:37
```

```
1                    R. HOLLAND
2             MR. SUMNER:  Objection to the        01:44:39
3         form.                                    01:44:40
4        A.     Nobody outside of Detective        01:44:40
5    Aiken has ever come to me with information    01:44:45
6    regarding N'Daya or Diane and Mr. Reed.       01:44:49
7        Q.     Don't you think that would have    01:44:51
8    been relevant information to the Police       01:44:54
9    Department, Lieutenant, in terms of being     01:44:56
10   able to locate him when the Force was         01:44:57
11   looking for him?                              01:44:59
12            MR. SUMNER:  Objection to the        01:44:59
13        form.                                    01:45:01
14            MS. KOBOS:  Note my objection.       01:45:02
15       A.     Correct.  Like I said, it's        01:45:02
16   general -- it should be general practice      01:45:05
17   that the detectives looking to open cases,    01:45:08
18   they know who is wanted for open cases.       01:45:11
19   The officers should know as well, but not     01:45:14
20   every officer has the time or the -- it's     01:45:19
21   not a requirement that they look into the     01:45:22
22   open cases prior to their tour every day      01:45:25
23   or at some point in their tour.               01:45:28
24       Q.     So you're saying it should         01:45:31
25   happen, but it doesn't always happen?         01:45:34
```

```
 1                    R. HOLLAND
 2    violence case, is to look to apprehend any      02:07:43
 3    named subject.                                  02:07:47
 4         Q.    When we talk about detectives,       02:07:48
 5    I know there is an Investigations Unit in       02:07:53
 6    the Hempstead Police Department, correct?       02:07:56
 7         A.    Correct.                             02:07:56
 8         Q.    Is there another unit that has       02:07:57
 9    detectives, aside from the Investigations       02:07:59
10    Unit?                                           02:08:01
11         A.    Yes.  The Juvenile Aid Bureau.       02:08:01
12         Q.    And who else?                        02:08:05
13         A.    That's it.                           02:08:06
14         Q.    Who is the detective in the          02:08:11
15    Juvenile Aid Bureau?                            02:08:14
16         A.    Right now?  You have Detective       02:08:14
17    Fong-Lee, who is technically under the          02:08:21
18    umbrella of Juvenile Aid.  And then now         02:08:22
19    there are police officers that have not yet     02:08:29
20    met the time criteria to get their             02:08:31
21    detective shields.  You have Police Officer     02:08:34
22    Espina.  You have Police Officer Harris and     02:08:39
23    Police Officer Spry-Dakris (phonetic).          02:08:49
24         Q.    Lieutenant Holland, isn't it         02:09:06
25    true that you had a romantic affair with        02:09:08
```

```
1                    R. HOLLAND
2    Diane Parker during the week that she was        02:09:10
3    killed?                                          02:09:13
4         A.    No.                                   02:09:13
5         Q.    Isn't it true that, at the time       02:09:13
6    of her funeral, you went to Friday's with        02:09:18
7    N'Daya?                                          02:09:22
8         A.    Yes.                                  02:09:24
9         Q.    And a song came over the radio        02:09:25
10   and you told N'Daya it reminded you of her       02:09:29
11   mother?                                          02:09:32
12        A.    Yes.                                  02:09:32
13        Q.    And what was that song?               02:09:33
14        A.    I can't remember the name of          02:09:34
15   the song.   It was sung by Preacher and          02:09:36
16   Rihanna.                                         02:09:40
17        Q.    "Love Infection"?                     02:09:45
18        A.    Could be.                             02:09:47
19        Q.    Is that what it was?                  02:09:49
20        A.    The song?                             02:09:52
21        Q.    Yeah.                                 02:09:54
22        A.    Could be.  I am not sure.             02:09:55
23        Q.    Well, do you have a practice of       02:09:56
24   just telling N'Daya things that aren't           02:09:58
25   true?                                            02:10:01
```

```
 1                    R. HOLLAND
 2             MR. SUMNER:  Objection to form.      02:10:02
 3        A.    No.                                 02:10:04
 4        Q.    Well, is there another song         02:10:05
 5   that reminds you of N'Daya's mother, aside     02:10:07
 6   from that as well?                             02:10:09
 7        A.    I can't think of it.  I am sure     02:10:10
 8   there are several songs that remind me of      02:10:12
 9   her mother.                                    02:10:14
10        Q.    With respect to the song that       02:10:17
11   is by Preacher and Rihanna, you told N'Daya    02:10:20
12   that you always think about her mom when       02:10:24
13   that song comes on the radio?                  02:10:26
14        A.    Yes.  After she passed, yes.        02:10:28
15        Q.    And, you know, there was a time     02:10:31
16   where you confided in N'Daya that you had      02:10:36
17   been with her mother that week?                02:10:39
18        A.    I don't recall.                     02:10:42
19        Q.    At the Capri?                       02:10:42
20        A.    I don't recall.                     02:10:44
21        Q.    Are you familiar with what the      02:10:45
22   Capri is?                                      02:10:46
23        A.    Yes.                                02:10:47
24        Q.    What is it?                         02:10:47
25        A.    It's a motel.                       02:10:48
```

```
 1                    R. HOLLAND
 2         Q.    And you told N'Daya that you        02:10:51
 3    had been there with her mother?               02:10:53
 4         A.    I don't recall telling her         02:10:54
 5    that.                                         02:10:56
 6         Q.    Do you recall being questioned     02:10:56
 7    by District Attorney Cates in connection     02:10:57
 8    with Diane's death, in the District          02:10:57
 9    Attorney's Office in connection with         02:11:01
10    Diane's death?                               02:11:01
11         A.    Questioned?  Not exactly.          02:11:03
12         Q.    How would you characterize it?     02:11:07
13         A.    A meeting.                         02:11:09
14         Q.    You had a meeting at the          02:11:13
15    District Attorney's Office?                   02:11:15
16         A.    Yes.                               02:11:16
17         Q.    And present for that meeting       02:11:16
18    were detectives from Nassau County and a     02:11:19
19    Prosecutor?                                   02:11:26
20         A.    Yes.                               02:11:27
21         Q.    You were asked why you didn't      02:11:27
22    get involved in the case to prevent Diane    02:11:29
23    Parker's death?                              02:11:34
24         A.    Was I asked --                     02:11:34
25         Q.    Yes.                               02:11:36
```

```
 1                      R. HOLLAND
 2          A.    -- why I didn't get involved in        02:11:37
 3     the case?                                         02:11:39
 4          Q.    Yes.                                   02:11:39
 5          A.    I was never on duty, so --             02:11:39
 6          Q.    I am asking, were you asked            02:11:42
 7     that question?                                    02:11:43
 8          A.    No, I don't recall being asked         02:11:44
 9     that question.                                    02:11:46
10          Q.    What do you recall being asked?        02:11:46
11          A.    If there was any other                 02:11:47
12     information that I may know about why             02:11:50
13     Leonard would want to kill Ms. Reed.              02:11:54
14          Q.    Well, you were made aware that         02:12:02
15     the defense lawyer for Leonard Reed might         02:12:07
16     call you as a witness in the case?               02:12:11
17          A.    I can't say that I was made            02:12:14
18     aware.  I'm sure in the term of the              02:12:18
19     possibility of maybe anything happening           02:12:24
20     could.                                            02:12:27
21          Q.    When you're saying, "Maybe the        02:12:29
22     term," you're saying they were saying be          02:12:31
23     prepared for that possibility?                    02:12:34
24          A.    No.  They never tried to               02:12:36
25     prepare me to be a witness.                       02:12:38
```

```
 1                    R. HOLLAND
 2          Q.    The question I am asking is          02:12:40
 3    whether you were made aware that the            02:12:42
 4    defense lawyer may make you a witness?          02:12:46
 5          A.    I can't recall.                      02:12:48
 6          Q.    And you know that N'Daya            02:12:49
 7    testified, correct?                             02:12:55
 8          A.    Correct.                             02:12:56
 9          Q.    How do you know that?               02:12:58
10          A.    I think maybe Officer Pettway       02:13:03
11    told me.                                        02:13:16
12          Q.    You were talking to Regina          02:13:16
13    Lattimore about N'Daya testifying?              02:13:25
14          A.    Maybe.                               02:13:27
15          Q.    Yes or no?                           02:13:33
16          A.    I can't say.                         02:13:34
17          Q.    Why can't you say?                   02:13:37
18          A.    I don't know.  I don't recall.      02:13:39
19          Q.    So it could happen?                 02:13:41
20          A.    Yes, it could.                       02:13:44
21          Q.    And you were nervous about          02:13:45
22    N'Daya's testimony?                             02:13:47
23                MR. SUMNER:  Objection to the       02:13:48
24          form.                                      02:13:49
25          A.    I was curious.                       02:13:49
```

1                    R. HOLLAND
2         Q.    And you communicated to Regina        02:14:01
3    that you were nervous?                           02:14:05
4              MR. SUMNER:  Objection to the          02:14:06
5         form.                                       02:14:07
6         A.    I don't recall telling Regina I       02:14:07
7    was nervous.                                     02:14:09
8         Q.    Well, with respect to whatever        02:14:09
9    you did communicate to Regina, you had her       02:14:12
10   communicate to N'Daya that you were nervous      02:14:15
11   about the testimony?                             02:14:20
12             MR. SUMNER:  Objection to the          02:14:20
13        form.                                       02:14:21
14        A.    I never told Regina to tell           02:14:21
15   N'Daya anything.                                 02:14:24
16        Q.    What did you tell Regina?             02:14:25
17        A.    I can't -- I can't -- I know I        02:14:28
18   asked her when she was going to be put on        02:14:32
19   the stand.  Other than that, I don't know        02:14:36
20   specifically what else I may have said.          02:14:38
21        Q.    So if Regina told N'Daya that         02:14:40
22   "Richie is nervous about your testimony,"        02:14:44
23   that would have been completely from her         02:14:47
24   own making it up; nothing you would have         02:14:50
25   said?                                            02:14:52

191

```
1                    R. HOLLAND
2              MR. SUMNER:  Objection to the      02:14:52
3         form.                                   02:14:53
4         A.    I can't -- I can't speak for      02:14:53
5    what -- why she may have said that.          02:14:55
6         Q.    Well, one possibility might be    02:14:57
7    that it's true, correct?                     02:15:00
8              MR. SUMNER:  Objection.            02:15:01
9         A.    What is true?                     02:15:02
10        Q.    That you were nervous about       02:15:03
11   N'Daya's testimony.                          02:15:05
12        A.    No.                               02:15:06
13        Q.    You weren't nervous that N'Daya   02:15:06
14   might talk about the relationship that you   02:15:09
15   had with her mother?                         02:15:12
16        A.    Well, I could be nervous about    02:15:13
17   the way it's interpreted.                    02:15:22
18        Q.    So what were you nervous about?   02:15:23
19        A.    Like I said, the way it may be    02:15:25
20   interpreted.                                 02:15:29
21        Q.    Specifically what were you        02:15:30
22   nervous about?                               02:15:32
23        A.    Like I said, how it may be        02:15:32
24   interpreted.                                 02:15:35
25        Q.    What was the interpretation you   02:15:36
```

```
 1                    R. HOLLAND
 2   were nervous about?                          02:15:38
 3        A.    The nature of our friendship,     02:15:38
 4   whatever.                                    02:15:41
 5        Q.    Because you were in constant      02:15:42
 6   contact with Diane Parker in the week she    02:15:45
 7   was killed; is that correct?                 02:15:48
 8             MR. SUMNER:  Objection to the      02:15:51
 9        form.                                   02:15:51
10        A.    I wasn't in constant contact      02:15:51
11   with her.                                    02:15:53
12        Q.    You were speaking with her        02:15:53
13   throughout the week?                         02:15:53
14        A.    Periodically, yes.  We didn't     02:15:54
15   speak every day.                             02:15:57
16        Q.    You spoke quite a bit, didn't     02:15:58
17   you?                                         02:16:00
18        A.    I guess.                          02:16:00
19        Q.    You spent time together that      02:16:01
20   week as well?                                02:16:04
21        A.    I didn't see her very much that   02:16:04
22   week.                                        02:16:10
23        Q.    One week is seven days, and       02:16:11
24   that's the week she died and that week, she  02:16:12
25   wasn't with her daughter.  You are aware of  02:16:15
```

```
 1                    R. HOLLAND
 2    that, Lieutenant Holland, aren't you?  You      02:16:17
 3    are aware that the time she spent with you,     02:16:18
 4    she wasn't with her daughter the last week      02:16:19
 5    she was alive.  You are aware of that?          02:16:20
 6          A.    She wasn't with me, she wasn't      02:16:23
 7    with her daughter?                              02:16:25
 8          Q.    If she was with you, she wasn't     02:16:26
 9    with N'Daya.  Are you aware of that?            02:16:29
10          A.    If she was with me, she wasn't      02:16:31
11    with N'Daya?  I guess.                          02:16:34
12          Q.    So in a seven-day period where      02:16:37
13    you say it wasn't a lot, it was only seven      02:16:40
14    days, you were with her that week, weren't      02:16:44
15    you?                                            02:16:47
16          A.    I saw her that week, yes.           02:16:47
17          Q.    And you were talking to her         02:16:49
18    quite a bit?                                    02:16:51
19          A.    Yes.                                02:16:51
20          MR. SUMNER:  Objection to the             02:16:53
21      form.                                         02:16:54
22          Q.    You knew that N'Daya had an         02:16:54
23    Order of Protection?                            02:16:58
24          MR. SUMNER:  Objection.                   02:17:00
25          A.    I believe I knew then, yes, but     02:17:01
```

```
 1                    R. HOLLAND
 2        form.                                02:23:24
 3        A.    Yes.                           02:23:24
 4        Q.    And aside from that instance   02:23:25
 5   where you had a conversation with him,    02:23:30
 6   there was another time?  There was another 02:23:31
 7   time --                                   02:23:34
 8              MR. SUMNER:  Objection to the  02:23:34
 9        form.                                02:23:35
10        Q.    -- with Leonard Reed?          02:23:35
11        A.    Not that I recall.  Not that we 02:23:36
12   had direct words, no.                     02:23:42
13        Q.    There was another incident that 02:23:43
14   you were a party to?                      02:23:47
15        A.    No.  That I had to deal        02:23:49
16   directly with him, no.                    02:23:50
17        Q.    When you said you had          02:23:51
18   conversations with him in the past, that's 02:23:53
19   the only one --                           02:23:54
20        A.    That I recall, yes.            02:23:56
21        Q.    And in terms of the            02:23:57
22   investigation that Detective Aiken        02:24:02
23   commenced in connection with Leonard Reed's 02:24:06
24   drug dealing, was he investigating other  02:24:10
25   drug dealers as well --                   02:24:14
```

```
 1                    R. HOLLAND
 2            MR. SUMNER:  Objection to the        02:24:15
 3      form.                                      02:24:16
 4      A.    Yes.                                 02:24:16
 5      Q.    -- who were in a crew with           02:24:16
 6   Leonard Reed?                                 02:24:19
 7      A.    That, I don't know.  I am not        02:24:20
 8   privy to the specifics of their              02:24:22
 9   investigations.  They kind of private with   02:24:25
10   their investigations.                        02:24:27
11      Q.    But that aspect he made you         02:24:28
12   aware of because he knew of your personal    02:24:31
13   relationship with Diane?                     02:24:33
14            MR. SUMNER:  Objection to the       02:24:35
15      form.                                      02:24:35
16      A.    Correct.                             02:24:35
17      Q.    And without him explaining to       02:24:36
18   you the other specifics of who else may      02:24:40
19   have been a subject of the investigation,    02:24:42
20   you do know that he was investigating other  02:24:44
21   members of other associations of Leonard     02:24:45
22   Reed?                                         02:24:50
23      A.    Yes.  At that location, yes.        02:24:50
24      Q.    And the location was?               02:24:51
25      A.    That Shamrock Gas Station.          02:24:53
```

```
 1                    R. HOLLAND
 2        Q.    Do you know whether any arrests        02:24:56
 3   in connection with that investigation was        02:24:59
 4   ever made?                                        02:25:01
 5        A.    That, I can't -- I can't say.          02:25:01
 6        Q.    Do you know whether Detective          02:25:02
 7   Aiken was conducting that investigation           02:25:05
 8   with Nassau County?                               02:25:07
 9        A.    I highly doubt it.                      02:25:09
10        Q.    So that would have been a             02:25:11
11   private Hempstead investigation?                  02:25:13
12        A.    Correct.                               02:25:14
13        Q.    And do you know whether                02:25:14
14   Hempstead detectives create case reports          02:25:21
15   when they commence an investigation?              02:25:26
16        A.    I don't know if they commence          02:25:28
17   them on all the investigations, but they do       02:25:35
18   on a good number of investigations.               02:25:39
19        Q.    Were there any other officers,         02:25:44
20   either from Hempstead or Nassau County,           02:25:48
21   that attended Diane's funeral?                    02:25:50
22             MS. KOBOS:  Note my objection.          02:25:54
23        A.    I don't know.  I don't know if         02:25:56
24   Lamont Johnson did.  I believe I saw him          02:26:01
25   there, or at the wake.                            02:26:04
```

```
 1                    R. HOLLAND
 2        Q.    How about Earl Dale?              02:26:10
 3        A.    "Earl" who?                       02:26:14
 4        Q.    Is there an Earl Dale Jones?      02:26:15
 5   Earl Jones?                                  02:26:19
 6        A.    No.                               02:26:20
 7        Q.    Or an Earl Dean?                  02:26:20
 8        A.    Yes.  I don't know if he was      02:26:22
 9   there or not.                                02:26:25
10        Q.    But the name is Earl Dean?        02:26:26
11        A.    Yes.                              02:26:27
12        Q.    Who is he?                        02:26:28
13        A.    He is a police officer with the   02:26:29
14   Department.                                  02:26:31
15        Q.    With Hempstead?                   02:26:31
16        A.    Yes.                              02:26:32
17        Q.    He was also close with Diane?     02:26:32
18        A.    I don't know.                     02:26:36
19              MR. SUMNER:  Objection to the     02:26:38
20         form.                                  02:26:39
21        A.    They probably knew each other     02:26:39
22   because he is friends with Regina.  I don't  02:26:43
23   know the nature of their relationship.       02:26:45
24        Q.    Aside from Detective Aiken and    02:26:47
25   Regina, who else did you communicate with    02:26:55
```

```
1                    R. HOLLAND
2    about what happened to Diane?              02:26:58
3         A.    Which incident are we talking   02:27:02
4    about?                                      02:27:05
5         Q.    Her death.  Who else did you     02:27:06
6    talk about her death with?                  02:27:08
7         A.    Homicide.  They asked me if I    02:27:09
8    knew what happened and if I was aware.      02:27:15
9         Q.    Who from Homicide?               02:27:22
10        A.    Specifically, the only one I     02:27:26
11   really remember was Detective -- or he is   02:27:29
12   Retired Detective Carl Ray.  He pretty much 02:27:33
13   asked all the questions.                    02:27:37
14        Q.    To your understanding, why did   02:27:38
15   Detective Ray question you in connection    02:27:46
16   with Diane's murder?                        02:27:47
17              MS. KOBOS:  Note my objection.   02:27:50
18        A.    I guess he found out there was   02:27:51
19   a connection there.                         02:27:53
20        Q.    Did he explain it to you?        02:27:56
21        A.    What the connection was?         02:27:58
22        Q.    Yes.                             02:28:00
23        A.    No.                              02:28:01
24        Q.    What did you tell him?           02:28:01
25        A.    That I was aware of the murder.  02:28:03
```

```
 1                    R. HOLLAND
 2        Q.    What else did you tell him?          02:28:09
 3        A.    I asked him did he know why and      02:28:11
 4   he proceeded to tell me that he believed        02:28:24
 5   that Leonard believed that she was out          02:28:32
 6   having an affair the night before.              02:28:35
 7        Q.    So in terms of your concern          02:28:40
 8   about N'Daya's testimony, you were              02:28:42
 9   concerned that somebody might think that        02:28:44
10   was you?                                        02:28:47
11             MR. SUMNER:  Objection to the         02:28:48
12        form.                                      02:28:48
13        A.    No.                                  02:28:48
14        Q.    You weren't concerned about          02:28:49
15   that?                                           02:28:50
16        A.    There's always been rumors           02:28:51
17   whether I was romantically linked to her or     02:28:55
18   no, so, no.  As a matter of fact, it was        02:28:59
19   brought to my attention or whatever, but --     02:29:03
20        Q.    What was?                            02:29:05
21        A.    That they thought it was me          02:29:06
22   that she was murdered over.                      02:29:09
23        Q.    Detective Ray brought that to        02:29:11
24   your attention?                                 02:29:13
25        A.    No.  Just chatter in the             02:29:13
```

```
 1                    R. HOLLAND
 2   community.                                02:29:16
 3        Q.     By who?                       02:29:17
 4        A.     Various people.  I can't -- too  02:29:19
 5   many to even name or think about.         02:29:23
 6        Q.     Anyone on the Hempstead Police  02:29:29
 7   Force?                                    02:29:32
 8        A.     Again, I don't really talk   02:29:32
 9   personally with too many people on the   02:29:36
10   Force.                                    02:29:38
11        Q.     Well, you were questioned by  02:29:38
12   your Chief, weren't you?                  02:29:41
13        A.     Yes.                          02:29:42
14        Q.     So you did talk to the Chief  02:29:44
15   about this?                               02:29:50
16        A.     About?                        02:29:50
17        Q.     About the allegations of being  02:29:51
18   involved with Diane, the week she was    02:29:54
19   killed.                                   02:29:57
20        A.     We didn't specifically talk  02:29:57
21   about me being romantically involved with  02:30:01
22   her, the week that she was killed.        02:30:04
23        Q.     What did you talk about?      02:30:05
24        A.     The nature of our relationship  02:30:06
25   from the time that I was five years old and  02:30:08
```

```
 1                      R. HOLLAND
 2    her being a very close friend and a very          02:30:11
 3    dear friend of mine.                              02:30:15
 4          Q.    Did you tell him you had              02:30:16
 5    previously had a relationship with her,           02:30:19
 6    romantically?                                     02:30:20
 7          A.    No.                                   02:30:21
 8          Q.    Did he ask you?                       02:30:22
 9          A.    I don't believe so.                   02:30:25
10          Q.    Well, regardless of whether he        02:30:28
11    asked you or not, your position is no?            02:30:31
12                MR. SUMNER:   Objection to the        02:30:33
13          form.                                       02:30:34
14          A.    Well, he didn't ask me.               02:30:34
15          Q.    He did not ask you?                   02:30:36
16          A.    I don't believe he asked me.          02:30:37
17          Q.    In terms of you explaining the        02:30:39
18    nature, just that you have been very close,       02:30:42
19    did he ever ask you whether that                  02:30:46
20    relationship became romantic?                     02:30:48
21          A.    No.                                   02:30:50
22          Q.    Do you understand why he was          02:30:51
23    asking you those questions?                       02:30:56
24                MR. SUMNER:   Objection to the        02:30:58
25          form.                                       02:30:59
```

```
 1                    R. HOLLAND
 2   need to replace somebody in the Force.          03:19:59
 3        A.    Correct.                             03:19:59
 4        Q.    So there is no every year or         03:20:00
 5   every two years; it's just whenever the         03:20:02
 6   need arises?                                    03:20:05
 7        A.    Correct.                             03:20:08
 8        Q.    In terms of your contemporaries      03:20:09
 9   that you were hired on the Force with, it       03:20:12
10   was Darryl Aiken, Robert Reed, Melba at the     03:20:15
11   time Blocker.                                   03:20:16
12        A.    Yes.                                 03:20:19
13        Q.    How about James Morris, Jr.?         03:20:20
14        A.    Yes.                                 03:20:21
15        Q.    He was at the time as well?          03:20:22
16        A.    Yes.                                 03:20:23
17        Q.    How about Lamont Johnson?            03:20:24
18        A.    Yes.                                 03:20:26
19        Q.    Paul Johnson?                        03:20:27
20        A.    No.                                  03:20:30
21        Q.    So Paul Johnson was in some          03:20:30
22   earlier class of being hired?                   03:20:34
23        A.    Yes.                                 03:20:35
24        Q.    Are you aware of who he was          03:20:36
25   hired along with?                               03:20:38
```

```
 1                    R. HOLLAND
 2        A.     I believe, up to Carol Barnes.          03:20:39
 3        Q.     I am sorry?                             03:20:49
 4        A.     I believe all the way up to            03:20:50
 5   Carol Barnes.  I believe he was the last           03:20:52
 6   one in that group and I believe the top was        03:20:54
 7   Carol Barnes.                                       03:20:58
 8        Q.     So in that group was Carol             03:20:59
 9   Barnes, Marlon Bottoms, Eugene Espy, Robert        03:21:02
10   Hendry, Edward Madalon, Shane Wellington,          03:21:05
11   Dean Nicosia, Jacquelyn Jones Ford, Dion           03:21:08
12   Dejourdin, Steven Wilson, Earl Dale Jones          03:21:13
13   III, Frane Reado, Michael Bornstein and            03:21:16
14   Paul Johnson.                                       03:21:18
15        A.     Correct.                               03:21:19
16        Q.     You testified earlier that             03:21:20
17   Detective Aiken commenced a drug                    03:21:40
18   investigation into Reed and his drug               03:21:42
19   associates.  Approximately what time period        03:21:45
20   was that?                                           03:21:49
21        A.     I don't know the year, but             03:21:49
22   approximately whenever I started receiving          03:21:55
23   information, whether it was from N'Daya or          03:21:57
24   whomever in the community.                          03:21:59
25        Q.     So approximately 2009, would           03:22:00
```

```
 1                    R. HOLLAND
 2   that sound right?                         03:22:08
 3       A.    Could be.                        03:22:09
 4       Q.    What information were you        03:22:09
 5   receiving?                                 03:22:13
 6       A.    Just he is a marijuana dealer.   03:22:15
 7   That's it.  Street level, I guess.         03:22:27
 8       Q.    In 2009, you were on patrol?     03:22:32
 9       A.    I was a member of the Community  03:22:34
10   Policing Unit as a police officer.         03:22:39
11       Q.    How were you receiving that      03:22:39
12   information on the streets; just through   03:22:44
13   going to events, just through locally,     03:22:45
14   through events that you would attend?      03:22:48
15       A.    Events, being in the community,  03:22:50
16   off-duty, on-duty.                         03:22:54
17       Q.    With respect to being off-duty,  03:22:55
18   as a police officer, when you go off-duty, 03:23:00
19   do you carry your weapon?                  03:23:03
20       A.    Yes.                             03:23:04
21       Q.    And if you were to observe a     03:23:05
22   robbery, would you perform any act in      03:23:08
23   response to observing a robbery?           03:23:12
24       A.    It depends on the nature of the  03:23:14
25   robbery.  More than likely, I would just   03:23:18
```

```
 1                    R. HOLLAND
 2   make a phone call.                              03:23:22
 3        Q.    So you would call headquarters       03:23:23
 4   essentially and say what you have observed.     03:23:26
 5   Does that go for a burglary?                    03:23:28
 6        A.    Correct.                             03:23:30
 7        Q.    How about an assault?                03:23:31
 8        A.    It depends on, you know, how         03:23:32
 9   ongoing it is.                                  03:23:43
10        Q.    So you're saying, you know, in       03:23:45
11   terms of if the assault is in the context       03:23:47
12   of domestic violence, whether you report it     03:23:50
13   would depend on how ongoing it is?              03:23:52
14        A.    Meaning, if it's occurring           03:23:56
15   right now, my intervention.                     03:23:58
16        Q.    Meaning, if you're observing         03:24:00
17   the assault?                                    03:24:03
18        A.    Yeah, correct.                       03:24:04
19        Q.    Then you would call it in?           03:24:05
20        A.    Or if I could break it up as         03:24:07
21   well.  I would do both.                         03:24:11
22        Q.    If you received information          03:24:11
23   about illegal weapons possession, in your       03:24:15
24   off-duty, would you do anything in terms of     03:24:21
25   intervening to investigate that?                03:24:23
```

```
 1                      R. HOLLAND
 2          A.    What kind of information are we        03:24:26
 3     talking?  Just I heard?  I saw?                   03:24:28
 4          Q.    Yeah.                                  03:24:31
 5          A.    I know for a fact?                     03:24:32
 6          Q.    I heard, I saw.                        03:24:34
 7          A.    I have to question them further        03:24:35
 8     to determine what weapon, where it is.           03:24:39
 9          Q.    That's if we're talking just as        03:24:42
10     to your off-duty actions.  So if you were        03:24:44
11     off-duty and there was an allegation that        03:24:48
12     there was an illegal firearm in the              03:24:50
13     community, would you do something?               03:24:52
14          A.    Like I said, I am going to             03:24:54
15     question the validity of the person that's       03:24:56
16     giving me the information.                        03:24:59
17          Q.    So with respect to when you            03:25:00
18     received information about Leonard Reed           03:25:03
19     being a marijuana dealer, who did you            03:25:04
20     question to verify that?                          03:25:09
21          A.    Whoever told me.                       03:25:10
22          Q.    Who was it?                            03:25:13
23          A.    I don't -- like I said, I don't        03:25:14
24     recall.                                           03:25:17
25          Q.    But you recall questioning any         03:25:17
```

```
 1                    R. HOLLAND
 2    number of those individuals as to          03:25:19
 3    specifics?                                  03:25:23
 4         A.    I am sure.  I mean, he is not    03:25:26
 5    the only one.  I have been told this one,   03:25:28
 6    you know, is doing this.  People calling    03:25:31
 7    all the time.                               03:25:34
 8         Q.    I am trying to understand, with  03:25:36
 9    respect to what information you're just     03:25:38
10    passing along versus personally questioning 03:25:41
11    people on.  When you received information   03:25:45
12    about Lenny Reed being a drug dealer, did   03:25:49
13    you look into it, questioning people about  03:25:51
14    it or did you just pass along the           03:25:51
15    information?                                03:25:52
16         A.    I questioned the person that     03:25:53
17    would tell me and then I would pass the     03:25:55
18    information along.  I am passing along the  03:25:58
19    information I know that's going to asked of 03:26:00
20    me.                                         03:26:03
21         Q.    To the best of your              03:26:03
22    recollection, how many people do you        03:26:04
23    believe you received information from       03:26:06
24    regarding Lenny Reed's drug dealing?        03:26:06
25         A.    Not more than three or four.     03:26:13
```

```
 1                  R. HOLLAND
 2         Q.    But you don't remember who          03:26:14
 3   those three or four people were?               03:26:17
 4         A.    No.                                 03:26:18
 5         Q.    Would you provide your sources      03:26:19
 6   to Detective Aiken?                             03:26:22
 7         A.    Depending on if the person          03:26:23
 8   would have been comfortable with it.            03:26:28
 9   Again, they have to detail to me when he is     03:26:29
10   doing it, where he is doing it, how do you      03:26:33
11   know this?  You just can't tell me, "This       03:26:35
12   person is a drug dealer and I want you to       03:26:38
13   do something about it," which unfortunately     03:26:42
14   we can't.  I wish we could.                     03:26:46
15         Q.    Specifically with respect to        03:26:49
16   Lenny Reed, the information you received        03:26:51
17   from three or four people, from what we         03:26:51
18   know from your testimony, amounted to he        03:26:52
19   was selling drugs at Shamrock, because          03:26:55
20   that's where the investigation was focused,     03:26:58
21   correct?                                        03:27:00
22         A.    I never ever received               03:27:01
23   information that he's directly selling at       03:27:04
24   Shamrock, but I know that he'd buy and sell     03:27:06
25   at Shamrock and that's where he would be.       03:27:11
```

```
 1                    R. HOLLAND
 2        Q.    So in terms of the information      03:27:14
 3   again that you received from three or four     03:27:19
 4   individuals, if you already knew on your       03:27:21
 5   own that Shamrock was a drug location, was     03:27:23
 6   there really any questioning of you of         03:27:27
 7   those individuals or did you just put it       03:27:30
 8   together in your own brain that he is being    03:27:32
 9   called a drug dealer and I know he is at       03:27:36
10   Shamrock, which is a known drug location?      03:27:40
11             MR. SUMNER:  Objection to form.      03:27:40
12        A.    You're saying would I question      03:27:41
13   him further, being that I already know         03:27:42
14   Shamrock is a known drug location?             03:27:43
15        Q.    Correct.
16        A.    I still would question him,         03:27:46
17   because where is he keeping the stash at?      03:27:46
18        Q.    What information did you            03:27:48
19   receive as to where he was keeping his         03:27:50
20   stash?                                         03:27:51
21        A.    The thing with Lenny Reed and       03:27:51
22   many others, no one ever knows specifically    03:27:54
23   when they doing it, where they keeping it.     03:27:57
24   I have never been able to develop              03:28:01
25   information far enough to get a search          03:28:03
```

```
 1                    R. HOLLAND
 2    warrant on my own from somebody's saying,         03:28:05
 3    "I know he is doing this" or "I have seen         03:28:09
 4    this, but I can't --"  I have never gotten        03:28:12
 5    that information where I could go further         03:28:14
 6    with a search warrant in my whole career.         03:28:17
 7         Q.    Did you ever talk to N'Daya            03:28:21
 8    about him having drugs in the house?              03:28:22
 9         A.    If she told me that, I asked           03:28:24
10    "Where," and like I said, "What is he             03:28:28
11    doing?  What kind of drugs it would be,           03:28:30
12    where it would be, how much?"                     03:28:32
13         Q.    I am sorry.  That's a yes?             03:28:35
14         A.    Those are the kinds of                 03:28:38
15    questions I would ask if I can't remember         03:28:40
16    specifically a conversation.  I am not            03:28:43
17    saying that never happened, because knowing       03:28:46
18    N'Daya, I am sure that it happened.               03:28:49
19         Q.    Because knowing N'Daya, she's          03:28:50
20    very vocal about things that she's very           03:28:53
21    passionate about?                                 03:28:57
22         A.    Correct.                               03:28:58
23         Q.    That's based on a long, long           03:28:59
24    time knowing her, right?  When she wants          03:29:01
25    something, she's very passionate in asking        03:29:03
```

```
 1                    R. HOLLAND
 2    for it, correct?                          03:29:06
 3         A.    I know that she was passionate  03:29:06
 4    about him getting locked up, so --        03:29:09
 5         Q.    Just to go one step back again, 03:29:11
 6    just based on your experience with N'Daya, 03:29:15
 7    when she wants something, she vocalizes it 03:29:17
 8    very passionately, correct?               03:29:20
 9         A.    Well, if she asked me for       03:29:22
10    something, she didn't have to go very far. 03:29:26
11    She got it.                               03:29:29
12         Q.    Do you have any experiences     03:29:30
13    with her when it just didn't have to do   03:29:36
14    with just asking you for something, but    03:29:39
15    just experiencing N'Daya wanting something 03:29:41
16    to happen, have you ever experienced her   03:29:44
17    get very passionate about trying to effect 03:29:46
18    her result?                               03:29:47
19         A.    Maybe a goal she was trying to  03:29:49
20    reach or something like that.             03:29:52
21         Q.    Like what?                      03:29:54
22         A.    Whether it was school, whether  03:29:55
23    it was track, you know.                   03:29:58
24         Q.    In terms of the way she would   03:29:59
25    go about asking people for things she      03:30:04
```

```
 1                    R. HOLLAND
 2        A.    Looks like we did.              03:41:22
 3        Q.    Now that your memory has been   03:41:29
 4   refreshed that you spoke to Diane Parker,  03:41:45
 5   can you tell us what you spoke to her on   03:41:46
 6   that day about?                            03:41:50
 7        A.    I wish I could.  I cannot.  I   03:41:51
 8   can't recall.                              03:41:55
 9        Q.    Does the police blotter         03:41:55
10   indicate to you the time police responded  03:41:57
11   to 25 Roosevelt Street?                    03:42:00
12        A.    It indicates the call came in   03:42:03
13   at 9:38 p.m.                               03:42:05
14        Q.    Do you know whether Leonard     03:42:09
15   Reed and Diane Parker had a history of     03:42:14
16   fights that involved you as a subject?     03:42:17
17        A.    Fights?                         03:42:20
18        Q.    Did Diane ever communicate to   03:42:21
19   you that they would fight over you at      03:42:24
20   times?                                     03:42:26
21        A.    She told me, if she wanted to   03:42:27
22   excite him, all she had to do was say my   03:42:32
23   name.                                      03:42:37
24        Q.    Did N'Daya ever communicate     03:42:37
25   that to you, that sometimes Lenny and Diane 03:42:42
```

```
 1                    R. HOLLAND
 2    would fight and the subject of their fights    03:42:45
 3    would be you?                                  03:42:49
 4         A.    Diane wouldn't indicate that        03:42:50
 5    they would fight over me.  Like I said, if     03:43:00
 6    she wanted to excite him, all she would        03:43:02
 7    have to do is say my name.  I don't recall     03:43:05
 8    N'Daya saying that they fought -- that she     03:43:12
 9    and Lenny would fight over me, whatever.       03:43:16
10         Q.    I think, earlier on, you            03:43:19
11    testified that you weren't really speaking     03:43:30
12    once Diane and Lenny got married, but in       03:43:32
13    fact you did speak several other times that    03:43:35
14    month as well, didn't you, back in June of     03:43:39
15    2009?                                          03:43:41
16              MR. SUMNER:  Objection to the        03:43:42
17         form.                                     03:43:46
18         A.    I said our communication was        03:43:46
19    infrequent.                                    03:43:48
20         Q.    Do you recall having other          03:43:49
21    conversations with Diane Parker in June of     03:43:51
22    2009?                                          03:43:53
23         A.    I can't remember the specific       03:43:53
24    conversations, though.                         03:43:56
25         Q.    Do you recall whether you spoke     03:43:56
```

```
1                    R. HOLLAND
2    to her or not?                                    03:43:57
3         A.    I am sure I did.  I don't know         03:43:59
4    when or what about.                               03:44:01
5         Q.    But you're sure you did?               03:44:03
6         A.    More than likely, yes.  I don't        03:44:07
7    think we went too many years without              03:44:16
8    speaking the whole year, so --                    03:44:18
9         Q.    Would there be a reason during         03:44:20
10   the time periods where you weren't talking        03:44:23
11   as much that you would reconvene your             03:44:25
12   relationship in terms of your                     03:44:28
13   communication?                                    03:44:29
14        A.    I knew that he was jealous.            03:44:29
15   She told me that he was jealous and I would       03:44:39
16   try to keep it to a minimum, unless she is        03:44:42
17   reaching out to me.                               03:44:45
18             MS. LaSASSO:  Off the record.           03:44:48
19             (Whereupon, at 3:44 p.m., a             10:09:10
20        brief recess was taken.)
21             (Whereupon, at 3:47 p.m., the           10:09:10
22        deposition resumed.)                         03:47:20
23        Q.    Lieutenant Holland,                    03:47:20
24   hypothetically speaking, if the officers          03:47:41
25   were told who responded on June 8, 2009           03:47:43
```

```
 1                    R. HOLLAND
 2   position with respect to that, so let's        05:43:21
 3   stick to what we fully agree to.  We agree     05:43:23
 4   that N'Daya told you about this firearm        05:43:24
 5   prior to him using it to kill her mother,      05:43:26
 6   correct?                                       05:43:29
 7        A.    Okay.                               05:43:29
 8        Q.    So we know there is a firearm.      05:43:29
 9   Assuming there's a firearm, we know there      05:43:31
10   is, and he is making a threat to kill          05:43:34
11   N'Daya and Diane --                            05:43:37
12        A.    Where is the firearm?  Where is     05:43:39
13   the firearm?                                   05:43:41
14        Q.    It's not on this report, is it,     05:43:42
15   Lieutenant Holland?                            05:43:47
16        A.    Neither is the fact that N'Daya     05:43:48
17   was telling me that there is a firearm.  If    05:43:48
18   we had that conversation, she's got to me      05:43:50
19   where that firearm is.                         05:43:52
20        Q.    It's certainly nowhere              05:43:54
21   questioned on this report, is it?              05:43:57
22        A.    What are we talking about?  Are     05:43:59
23   we talking about the report or are we          05:44:01
24   talking about the conversation that N'Daya     05:44:01
25   and I had?                                     05:44:03
```

```
 1                    R. HOLLAND
 2         Q.     You had a conversation.  We        05:44:04
 3  agree you had a conversation with her about      05:44:05
 4  the firearm, correct?                            05:44:07
 5         A.     Right.                              05:44:08
 6         Q.     We agree that you didn't            05:44:08
 7  communicate that to the Hempstead Police         05:44:10
 8  Department; yes or no?                           05:44:12
 9         A.     We agree.                           05:44:13
10         Q.     And we certainly know that it's    05:44:14
11  not reflected on this November 9th report,       05:44:17
12  correct?                                         05:44:21
13         A.     Correct.                           05:44:21
14         MR. SUMNER:  Objection to form.           05:44:22
15         Q.     Although she is telling            05:44:23
16  officers that he has access to a weapon.         05:44:24
17         A.     Correct.                           05:44:26
18         Q.     Do you know of any other weapon    05:44:26
19  that he has or had at that time?                 05:44:28
20         A.     I don't know.  I can't say.        05:44:29
21         Q.     To the best of your knowledge,     05:44:33
22  is the weapon she's referring to the            05:44:33
23  firearm?                                         05:44:36
24         A.     I can't say that.                  05:44:36
25         MR. SUMNER:  Objection to the             05:44:37
```

```
 1                    R. HOLLAND
 2        A.    Yes.  Yes, correct.              06:16:26
 3        Q.    There were bullets as well       06:16:27
 4   sprayed through the property, correct?       06:16:30
 5        A.    Yes.                              06:16:32
 6        Q.    But there were a number of        06:16:33
 7   bullet holes all over the house, correct?    06:16:36
 8        A.    Correct.                          06:16:38
 9        Q.    To the left of the door,          06:16:39
10   correct?                                     06:16:42
11        A.    I guess.                          06:16:43
12        Q.    From your recollection, your      06:16:46
13   impression, were there bullets sprayed       06:16:47
14   across the front of the house?               06:16:50
15        A.    Yes.                              06:16:52
16        Q.    And throughout the interior of    06:16:52
17   the house?                                   06:16:55
18        A.    Yes.                              06:16:55
19        Q.    You spoke to Diane Parker the     06:16:55
20   morning of February 7, 2013; isn't that      06:17:00
21   right?                                       06:17:03
22        A.    Yes.                              06:17:03
23        Q.    What did you talk about?          06:17:03
24        A.    We talked about the Third Squad   06:17:04
25   having contacted her in regards to the open  06:17:14
```

```
 1                     R. HOLLAND
 2    case with the criminal contempt with          06:17:19
 3    N'Daya.  And we talked about there not        06:17:30
 4    being a second criminal contempt case,        06:17:38
 5    which she's relaying to me from the           06:17:43
 6    detectives.                                   06:17:45
 7          Q.    I am sorry.  She told you that     06:17:47
 8    there is not a second criminal contempt       06:17:49
 9    case?                                         06:17:55
10          A.    They believe, as well as I do,    06:17:55
11    that there should have been a second          06:17:56
12    criminal contempt case on N'Daya's behalf.    06:17:58
13          Q.    Excuse me.  Who is "They"?         06:18:00
14          A.    The Third Squad detectives.       06:18:03
15          Q.    Believe there should have been    06:18:04
16    a second case?                                06:18:06
17          A.    Yes.                              06:18:07
18          Q.    And this is what Diane told       06:18:07
19    you?                                          06:18:09
20          A.    Yes.                              06:18:10
21          Q.    So according to what Diane told   06:18:10
22    you, the detectives were aware of February   06:18:15
23    3, 2013?  When I say "detectives," the       06:18:17
24    Nassau County detectives?                     06:18:21
25          A.    Correct.                          06:18:22
```

```
 1                    R. HOLLAND
 2        Q.    Was Diane Parker an honest        06:18:23
 3   person?                                       06:18:27
 4        A.    As far as I know.                  06:18:27
 5              MS. LaSASSO:  Off the record.      06:18:42
 6              (Whereupon, at 6:18 p.m., a        06:18:45
 7         brief recess was taken.)
 8              (Whereupon, at 6:40 p.m., the      06:40:18
 9         deposition resumed.)                    06:40:20
10        Q.    Lieutenant Holland, did you not    06:40:20
11   get involved officially in terms of an       06:40:27
12   official police response in terms of the     06:40:32
13   Hempstead Police Department concerning a     06:40:34
14   domestic violence at 25 Roosevelt because    06:40:35
15   of your relationship with Diane Parker and   06:40:38
16   N'Daya?                                       06:40:41
17        A.    You mean, while I was off duty?    06:40:42
18   Nothing ever came up while I was on duty.    06:40:46
19        Q.    You received a lot of             06:40:49
20   information and you are an officer and my    06:40:51
21   question is there is a time when you become  06:40:53
22   on duty and you still have the information   06:40:56
23   that you received whether it be on duty or   06:40:58
24   off duty, correct?                           06:41:02
25        A.    For the crimes that I knew that   06:41:02
```

```
 1                    R. HOLLAND
 2    occurred, there had already been police        06:41:03
 3    reports generated.                             06:41:05
 4         Q.    Well, you knew that he had           06:41:06
 5    possessed a weapon, correct, prior to her      06:41:08
 6    being killed with it?                          06:41:13
 7              MR. SUMNER:  Objection to the         06:41:14
 8         form.                                      06:41:14
 9         A.    I knew that N'Daya said there        06:41:15
10    was a gun, yes.                                06:41:17
11         Q.    Let's just take that.  There is     06:41:18
12    a reason why you didn't do anything            06:41:22
13    officially.  Is the reason you didn't do       06:41:24
14    anything officially with respect to those      06:41:26
15    allegations because of your relationship,      06:41:28
16    personal relationship, with Diane and          06:41:31
17    N'Daya?                                        06:41:33
18         A.    Again, if that did occur, I am      06:41:34
19    going to ask N'Daya, "Where is it?  We need    06:41:43
20    to know where is it or where it is?"  I        06:41:47
21    questioned her mother about it afterwards.     06:41:49
22    She wouldn't tell me.  I passed the            06:41:51
23    information along to, again, Detective         06:41:54
24    Aiken.  "He supposedly has a gun."  Again,     06:41:57
25    we have the reports that there is no gun in    06:42:01
```

```
1                    R. HOLLAND                           06:42:05
2    the house.  No officers were able to find            06:42:05
3    this gun.  So I would need more from N'Daya          06:42:08
4    to tell me exactly where this gun is when            06:42:12
5    it's there, so we could --                           06:42:15
6         Q.    So is it fair to say that you             06:42:16
7    believe you did what you could in terms of           06:42:18
8    transmitting the information you had and             06:42:19
9    that your officers were looking for the              06:42:21
10   gun, Detective Aiken was looking for the             06:42:23
11   gun and in your mind, what else could you            06:42:26
12   do?                                                  06:42:29
13        A.    Yes.                                      06:42:30
14        Q.    From the period of 2009 to                06:42:30
15   February 7, 2013, did you have any domestic          06:42:37
16   violence training?                                   06:42:40
17        A.    I am not sure.                            06:42:42
18        Q.    Is it that you're not sure                06:42:44
19   whether you were trained during that time            06:42:50
20   period?  Is that what you are not sure               06:42:52
21   about?                                               06:42:54
22        A.    Correct.                                  06:42:54
23        Q.    Since being appointed to the              06:42:54
24   Hempstead Police Department, you recall at           06:42:58
25   some point receiving training in domestic            06:43:00
```