UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
N'DAYA LEE, individually and as the Administratrix
of the Estate of Diane Parker-Reed,

                Plaintiff,

  - against -

INCORPORATED VILLAGE OF HEMPSTEAD,
et al.,,

                Defendants.
----------------------------------------------------------------X

FILED
CLERK
11:24 am, Sep 22, 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**PARTIAL JUDGMENT**
CV 14-2853 (ADS)(GRB)

      An Acceptance of Offer of Judgment pursuant to Rule 68(a) of the Federal Rules of Civil Procedure having been filed by Plaintiff N'Daya Lee on July 7, 2017, accepting the offer of Defendant Village of Hempstead to have judgment entered against it in this action for the total sum of One Million and One Dollars ($1,000,001.00), plus reasonable attorneys' fees, expenses and costs to the date of the offer for Plaintiff's federal claims; and an Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on September 20, 2017, directing the Clerk of the Court to enter judgment in favor of Plaintiff pursuant to the accepted offer of judgment, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff N'Daya Lee and against Defendant Village of Hempstead in the in the sum of One Million and One Dollars ($1,000,001.00), plus reasonable attorneys' fees, expenses and costs to the date of the offer for Plaintiff's federal claims.

Dated: Central Islip, New York
         September 22, 2017

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                         By:    /s/ James J. Toritto
                                Deputy Clerk