# QUATELA | CHIMERI PLLC

JOSEPH A. QUATELA
CHRISTOPHER J. CHIMERI
SCOTT J. KREPPEIN

NICOLE J. BRODSKY*
ALEXANDER E. SENDROWITZ
SOPHIA ARZOUMANIDIS

*ALSO ADMITTED IN NEW JERSEY

OF COUNSEL

JAMES N. SALVAGE JR.
JAMES A. PASCARELLA

October 26, 2018

**Via ECF**
Hon. Gary R. Brown
U.S. District Court, E.D.N.Y.
100 Federal Plaza, Room 830
Central Islip, NY 11722

      Re:    Lee v. County of Nassau
                Docket No. 14-cv-02853(ADS)(GRB)
                STATUS REPORT

Dear Judge Brown:

      This office represents the County of Nassau in the above-referenced matter. We are writing pursuant to your September 6, 2018 minute Order to update the Court as to the status of this case. As set forth in our prior status reports, the parties reached a proposed settlement, in principal, on or about June 29, 2018. A settlement agreement has been drafted, executed by Plaintiff, and submitted to the County for final approval and payment, which remains pending.

                                      Respectfully submitted,

                                      SCOTT J. KREPPEIN