UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

N'Daya Lee, individually and as the Administratrix of the Estate of Diane Parker-Reed,

                            Plaintiff,

-against-

Incorporated Village of Hempstead, County of Nassau, Sgt. Kevin Galvin, Claudia Serrano, Lt. Patrick Cooke, Sgt. John Zoll, Lt. Edward Hayman, P.O. Vito Buccellato, P.O. Christopher N. Cohen, Sgt. Ivory G. Dixon, P.O. Jack Guevrekian, P.O. Edward P. Mulhearn, P.O. Roman Pettway, Jr., P.O. Frane Reado, P.O. Leroy D. Ridley, Det. Donald J. Bittner, Deputy Sheriff John M. Flanagan, P.O. Patrick Estelle, Jr. P.O. Thomas Savino, Lt. Frank Edwards, Det. Melba Fong Lee, P.O. Keith W. Carlo, P.O. Peter J Rees, P.O. Marcellus Benson, P.O. Chad Germain, P.O. Christopher J Giardino, Det. Robert Lashinski, Deputy Sheriff Jane Doe 11, John and Jane Does 1-10, and John and Jane Does 12-20,

                            Defendants.

**STIPULANCE OF DISCONTINUANCE**

Docket No.: 14-CV- 2853

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR -- 2019 ★
LONG ISLAND OFFICE

---

      IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned counsel for the parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to any party against the others. This stipulation may be filed without further notice of the Clerk of the Court.

**[THE REMAINDER OF THE PAGE IS INTENTIONALLY LEFT BLANK]**

Dated: New York, New York
March 1, 2019

QUATELA CHIMERI PLLC

By: Scott Kreppein, Esq.
*Attorneys for Defendants*
215 Willis Avenue
Mineola, New York 11501
(516) 750-8811

LASASSO LAW GROUP PLLC

By: Mariel LaSasso, Esq.
*Attorneys for Plaintiffs*
30 Wall Street, 8th Floor
New York, New York 10005
(212) 421-6000

Case closed. SO ORDERED.

*/s/ Arthur D. Spatt*
Arthur D. Spatt, U.S.D.J.

3/1/19
Date